DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 432P11 | Wake Radiology Services, LLC; Wake Radiology Diagnostic Imaging, Inc.; Wake Radiology Consultants, PA; Smithfield Radiology, Inc.; and Raleigh MR Imaging, LP v. N.C. Dept. of Health and Human Services, Division of Health Service Regulation, Certificate of Need Section and Pinnacle Health Services of North Carolina, LLC d/b/a Raleigh Radiology at Cedarhurst, Intervenor | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA10-1129) | Denied |
| 435P10-2 | State v. William Littleton | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-224)<br><br>2. Def's *Pro Se* PWC to Review Decision of COA<br><br>3. Def's *Pro Se* Motion for Amendment | 1. Denied<br><br>2. Denied<br><br>3. Allowed |
| 435P11-2 | State v. Ronnie Leon Brooks, Jr. | Def's *Pro Se* Motion for PDR (COA10-1244) | Denied |
| 443P03-2 | State v. Richard Lee Peak | Def's *Pro Se* PWC to Review Order of the COA (COAP12-238) | Dismissed |
| 500P11 | State v. Thaddeus Dee Jones | 1. State's Motion for Temporary Stay (COA11-22)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/17/11;** Dissolved the Stay **06/13/12**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot |
| 531PA11 | State v. Darrell Lamar Sullivan, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-297) | Denied |